IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 6:03-1092-HMH |
| vs. | ) | |
| | ) | |
| Jerry Davis, | ) | |
| | ) | **OPINION & ORDER** |
| Movant. | ) | |

This matter is before the court on Jerry Davis' motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. After reviewing the motion, the court orders the government to respond to the motion within thirty (30) days of the date of this order unless a transcript is required and then thirty (30) days from the receipt of the transcript.

**IT IS SO ORDERED**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
October 27, 2008